**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Bertucci's, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  04-2947209

4. **Debtor's address**

   **Principal place of business**
   155 Otis Street
   Northborough, MA 01532
   Number, Street, City, State & ZIP Code

   Worcester
   County

   **Mailing address, if different from principal place of business**
   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**  www.bertuccis.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  __Bertucci's, Inc.__                                        Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*
- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- [x] No.
- [ ] Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [ ] No
- [x] Yes.

List all cases. If more than 1, attach a separate list

| Debtor  **See Schedule 1** | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  **Bertucci's, Inc.**  Case number (*if known*) _____
        Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☑ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion


Debtor **Bertucci's, Inc.**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 15, 2018**
MM / DD / YYYY

X _[signature]_
Signature of authorized representative of debtor

**Brian Connell**
Printed name

Title **Chief Financial Officer and Senior Vice President**

**18. Signature of attorney**

X _[signature]_
Signature of attorney for debtor

Date **April 15, 2018**
MM / DD / YYYY

**Adam G. Landis  3407      Delaware**
Printed name

**Landis Rath & Cobb LLP**
Firm name

**919 Market Street**
**Suite 1800**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **(302) 467-4400**     Email address **landis@lrclaw.com**

**3407      Delaware DE**
Bar number and State

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BERTUCCI'S, INC., | Case No. 18-_____ (____) |
| Debtor. | Tax I.D. No. 04-2947209 |

## SCHEDULE 1 TO PETITION

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for procedural purposes only.

- Bertucci's Holdings, Inc.
- Bertucci's Holdings, LLC
- Bertucci's Corporation
- Two Ovens Restaurant Corp.
- Bertucci's Restaurant Corp.
- Bertucci's of Anne Arundel County, Inc.
- Bertucci's of Columbia, Inc.
- Bertucci's of Baltimore County, Inc.
- Bertucci's of Bel Air, Inc.
- Bertucci's of White Marsh, Inc.

Fill in this information to identify the case:

Debtor name: **Bertucci's Holdings, Inc., et al.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MAINES PAPER & FOOD SERVICE INC<br>P.O. BOX 642530<br>Pittsburgh, PA 15264-2530 | Fax: 508-366-4578<br>Ph: 508-621-2700 | Trade Debt | | | | $1,080,000.00 |
| BANK DIRECT CAPITAL FINANCE, LLC<br>TWO CONWAY PARK, 150 NORTH FIELD DR.<br>Lake Forest, IL 60045 | Fax: 877-226-5297<br>Ph: 877-226-5456 | Trade Debt | | | | $307,058.48 |
| COSTA FRUIT & PRODUCE<br>P.O. BOX 843009<br>Norwood, MA 02062 | Fax: 617-241-8718<br>Ph: 617-241-8007 | Trade Debt | | | | $200,137.58 |
| CRUM & FORSTER UNITED STATES FIRE INSURANCE<br>P.O. BOX 29898<br>New York, NY 10087-9898 | efrobertyan@senecainsurance.com<br>Ph: 212-344-3000 | Trade Debt | | | | $189,510.57 |
| CONSTELLATION NEWENERGY, INC.<br>14217 COLLECTIONS CENTER DRIVE<br>Chicago, IL 60693 | Fax: 800-785-4374<br>Ph: 888-635-0827 | Trade Debt | | | | $151,737.19 |
| PAVILIONS AT BUCKLAND HILLS LLC.<br>SDS-12-3095, P.O. BOX 86<br>Minneapolis, MN 55486-3095 | Jim Kelley<br>james.kelley@ggp.com<br>Ph: 860-644-6369 | Trade Debt | | | | $106,951.68 |

Debtor   **Bertucci's Holdings, Inc.**                                                     Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| WESTBROOK VILLAGE REALTY TRUST<br>284 INDEPENDENCE DR<br>Chestnut Hill, MA 02167 | Marc Levin<br>mlevin@chestnuthillrealty.com<br>Ph: 617-323-2100 | Trade Debt | | | | $85,573.04 |
| BLUE CROSS / BLUE SHIELD OF MA<br>P.O. BOX 843354<br>Boston, MA 02284-3354 | Legal Dept.<br>Fax: 617-246-3550<br>Ph: 617-246-3500 | Trade Debt | | | | $84,345.05 |
| CASELLA WASTE SYSTEMS, INC.<br>CASELLA MAJOR ACCOUNTS SERVICES<br>P.O. BOX 1383<br>Williston, VT 05495-1383 | Fax: 802-773-5988<br>Ph: 802-775-0325 | Trade Debt | | | | $82,643.12 |
| MARTIGNETTI COMPANIES<br>975 UNIVERSITY AVE.<br>Norwood, MA 02062 | Fax: 781-380-6930<br>Ph: 781-348-8000 | Trade Debt | | | | $81,411.88 |
| RREF II KENMORE LESSOR II LLC<br>P.O. BOX 785617<br>Philadelphia, PA 19178-5617 | Michael Dell'Arciprete<br>mdellarc@bu.edu<br>Ph: 617-353-4102 | Trade Debt | | | | $79,335.00 |
| COASTAL SUNBELT PRODUCE, CO.<br>P.O. BOX 62860<br>Baltimore, MD 21264-2860 | Fax: 301-490-0137<br>Ph: 301-617-4343 | Trade Debt | | | | $77,477.78 |
| TRIMARK UNITED EAST INC.<br>505 COLLINS STREET<br>Attleboro, MA 02703-0057 | Jeffrey Oppenheim<br>joppenheim@trimarkusa.com<br>Ph: 508-399-2354 | Trade Debt | | | | $75,661.95 |
| CHUTNEY PARTNERS, LLC<br>30 DRINKING BROOK ROAD<br>Monmouth Junction, NJ 08852 | SUNIL NAYAK<br>snayak@innzen.com<br>Ph: 732-545-7099 | Trade Debt | | | | $70,611.00 |

Debtor  **Bertucci's Holdings, Inc.**                                    Case number *(if known)*
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MORTON G. THAILHIMER, INC. WELLESLEY CENTRE, L.C. P.O. BOX 5160 Glen Allen, VA 23058-5160 | Zach Brenner<br><br>zachary.brenner@thalhimer.com<br>Ph: 804-697-3551 | Trade Debt | | | | $67,451.61 |
| MS WALKER ALLEN'S LTD. 975 UNIVERSITY AVE. Norwood, MA 02062 | Fax: 617-776-5808<br>Ph: 617-776-6700 | Trade Debt | | | | $66,985.00 |
| ULTIMATE SOFTWARE PO BOX 930953 Atlanta, GA 31193-0953 | Fax: 678-505-3796<br>Ph: 678-505-3400 | Trade Debt | | | | $65,040.94 |
| MAY FOODSERVICE EQUIP & DESIGN CORP 51 WASHINGTON AVE Cranston, RI 02920 | Scott Pattie<br><br>Fax: 401-942-8545<br>Ph: 401-942-4221 | Trade Debt | | | | $64,524.92 |
| WELLPLAY ASSOCIATES LIMITED PARTNERSHIP C/O INTRUM CORP., MANAGING AGENT 60 WELLS AVE., SUITE 100 Newton Center, MA 02459 | Jeff Lyons<br><br>jlyons@intrumcorp.com<br>Ph: 617-969-6000 | Trade Debt | | | | $62,641.00 |
| AUDUBON SQUARE INC c/o FAMECO MANAGEMENT SERVICES ASSOC. LP 625 W. RIDGE PIKE, BLDG A, SUITE 100 Conshohocken, PA 19428 | Robert Walters<br><br>robert.walters@cbre.com<br>Phone: 215-561-8999 | Trade Debt | | | | $61,712.78 |

Fill in this information to identify the case:

Debtor name: **Bertucci's, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 15, 2018**

X _/s/ Brian Connell_
Signature of individual signing on behalf of debtor

**Brian Connell**
Printed name

**Chief Financial Officer and Senior Vice President**
Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BERTUCCI'S, INC.,<br><br>          Debtor. | Chapter 11<br><br>Case No. 18-_____ (____)<br><br>Tax I.D. No. 04-2947209 |

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of debtor Bertucci's, Inc.'s equity security holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing this chapter 11 case.

| **Name and Address of Holder** | **Percentage** |
|---|---|
| Bertucci's Corporation<br>155 Otis Street<br>Northborough, Massachusetts 01532 | 100% |

{1197.001-W0050625.}

Fill in this information to identify the case:

Debtor name    **Bertucci's, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 15, 2018**

X _/s/ Brian Connell_
Signature of individual signing on behalf of debtor

**Brian Connell**
Printed name

**Chief Financial Officer and Senior Vice President**
Position or relationship to debtor

## Bertucci's, Inc.

### Authorization for Filing Voluntary Petition Under
### Chapter 11 of the Bankruptcy Code and Related Matters

The undersigned Directors of the Board (the "Board") of Bertucci's, Inc., a Massachusetts corporation (the "Company"), hereby adopts the following resolutions (the "Resolutions"):

WHEREAS, a Special Meeting of the Board was held on April 14, 2018;

WHEREAS, the Board has considered the financial and operational conditions of the Company;

WHEREAS, the Board has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under chapter 11 of title 11 of the United States Code (as amended or modified, the "Bankruptcy Code");

NOW, THEREFORE, IT IS HEREBY RESOLVED, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders, employees, other interested parties and stakeholders that a voluntary petition be filed by the Company under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware and the filing of such petition is authorized hereby; and it is

FURTHER RESOLVED, that the members of the Board and any other officer or person designated and so authorized to act (collectively, the "Authorized Persons") hereby are, and each of them is, authorized and empowered to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that the Debtor-In-Possession Revolving Loan Promissory Note by and among Right Lane Dough Funding LLC and Bertucci's Corporation and the therein named guaranteeing entities, including the Company, dated April 15, 2018 (the "DIP Credit Agreement"), shall be entered into by the Company; and the Authorized Persons are, and each of them is, authorized and empowered to obtain postpetition financing according to the terms of the DIP Credit Agreement, including debtor-in-possession credit facilities or the use of cash collateral (the "DIP Financing"); and to enter into any guarantees and to pledge and grant liens

on the Company's assets as may be contemplated by or required under the terms of such DIP Financing; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents; and it is

**FURTHER RESOLVED**, that the Asset Purchase Agreement between the Company and Right Lane Dough Acquisition, LLC (the "Purchase Agreement"), shall be entered into by the Company; and the Authorized Persons are, and each of them hereby is, authorized and directed to enter into the Purchase Agreement and each of the ancillary documents to be entered into in connection therewith (the "Transaction Documents"), and to perform the transactions and obligations contemplated by the Purchase Agreement and the Transaction Documents, subject to bankruptcy court approval in the Company's chapter 11 case; and it is

**FURTHER RESOLVED**, that the retention of Landis Rath & Cobb LLP pursuant to the January 25, 2018 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Landis Rath & Cobb LLP as the Company's bankruptcy counsel; and it is

**FURTHER RESOLVED**, that the retention of Schulte Roth & Zabel LLP pursuant to the December 1, 2017 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Schulte Roth & Zabel LLP as the Company's special corporate counsel; and it is

**FURTHER RESOLVED**, that the retention of Imperial Capital, LLC ("Imperial") pursuant to the October 20, 2017 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Imperial as the Company's investment banker; and it is

**FURTHER RESOLVED**, that the retention of Hilco Real Estate, LLC ("Hilco") pursuant to the January 26, 2018 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Hilco as the Company's real estate advisor; and it is

**FURTHER RESOLVED**, that the retention of Prime Clerk LLC ("Prime Clerk") pursuant to the April 5, 2018 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Prime Clerk as the Company's claims and noticing agent; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by the Authorized Persons in connection with the chapter 11 case, the DIP Credit Agreement, the DIP Financing, the Purchase Agreement, the Transaction Documents, or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by the Authorized Persons in connection with the chapter 11 case, the DIP Credit Agreement, the DIP Financing, the Purchase Agreement, the Transaction Documents, or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the Authorized Persons or the Board in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before the resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned have executed this resolution as of the date first written above.

*/s/ Brian K. Wright*
Brian K. Wright, Director

*/s/ Bradley Dietz*
Bradley Dietz, Director

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BERTUCCI'S, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-_____ (____)<br><br>Tax I.D. No. 04-2947209 |

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable the Judges to evaluate possible disqualification or recusal, the above-captioned debtor and debtor-in-possession (the "Debtor") hereby discloses that the following are corporations, other than the Debtor or a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests:

Bertucci's Corporation
155 Otis Street
Northborough, Massachusetts 01532

{1197.001-W0050628.}

**Fill in this information to identify the case:**

Debtor name: **Bertucci's, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration   **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 15, 2018**

X _/s/ Brian Connell_
Signature of individual signing on behalf of debtor

**Brian Connell**
Printed name

**Chief Financial Officer and Senior Vice President**
Position or relationship to debtor